[No. 18136. *En Banc.* June 13, 1924.]

THE STATE OF WASHINGTON, *Respondent*, v. S. C. LEE, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Gilliam, J., entered April 27, 1923, upon a trial and conviction of the unlawful possession of narcotics. Reversed.

*T. D. Page*, for appellant.

*Malcolm Douglas*, *Bert C. Ross*, and *Chester A. Batchelor*, for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the Departmental opinion heretofore filed herein, as reported in 127 Wash. 377, 220 Pac. 753. The judgment of the superior court is therefore reversed and the cause remanded to that court with directions to discharge the appellant from custody.